UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kelley Sullivan,<br><br>　　　　Plaintiff,<br><br>　　　v.<br><br>The Home Depot U.S.A, Inc.,<br><br>　　　　Defendants. | Case No. 2:23-cv-01981-DJC-CKD<br><br>**ORDER RE: STIPULATED REQUEST/JOINT MOTION TO MOVE SETTLEMENT CONFERENCE**<br><br>Hearing Date: February 27, 2024 |

## **ORDER**

Having considered the stipulation of the parties, and GOOD CAUSE APPEARING THEREFORE,

**IT IS HEREBY ORDERED** that the that the mandatory settlement conference date is moved from February 27, 2024 to April 2, 2024, at 9:30 AM, by Order of this Court.

DATED:  January 4, 2024        /s/ Daniel J. Calabretta
　　　　　　　　　　　　　　　　THE HONORABLE DANIEL J. CALABRETTA
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE