UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kelley Sullivan,<br><br>Plaintiff,<br><br>v.<br><br>The Home Depot U.S.A, Inc.,<br><br>Defendants. | Case No. 2:23-cv-01981-DJC-CKD<br><br>**ORDER RE: STIPULATED REQUEST/JOINT MOTION TO MOVE SETTLEMENT CONFERENCE**<br><br>Hearing Date: April 2, 2024 |

### ORDER

Having considered the stipulation of the parties, and GOOD CAUSE APPEARING THEREFORE,

**IT IS HEREBY ORDERED** that the that the mandatory settlement conference date is moved from April 2, 2024 to July 9, 2024 at 9:30 AM via Zoom before Chief Magistrate Judge Carolyn K. Delaney.

Dated:  March 27, 2024

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
**ORDER** 2:23-cv-01981-DJC-CKD