LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 88666)
Email: glafayette@lkclaw.com
BRIAN H. CHUN (SBN 215417)
Email: bchun@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLEY SULLIVAN, an individual<br><br>Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT U.S.A., INC.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01981-DJC-CKD<br><br>**STIPULATED REQUEST TO CONTINUE MANDATORY SETTLEMENT CONFERENCE**<br><br>Complaint Filed: August 8, 2023 |

The parties, through their respective attorneys of record, hereby respectfully submit the following stipulated request to continue the Mandatory Settlement Conference ("MSC") currently scheduled for July 9, 2024:

**WHEREAS** the parties are engaging in discovery and believe that certain depositions need to be taken in advance of the MSC in order to have a productive MSC;

**WHEREAS** due to scheduling conflicts, the parties have scheduled the depositions to take place on July 23, 2024 and July 25, 2024, which were the earliest dates that worked for both parties;

**WHEREAS** the parties have been advised by Magistrate Judge Delaney's Courtroom Deputy that the Court is available for an MSC on September 9, 12 and 13, 2024;

**WHEREAS** the parties have met and conferred, and have agreed to continue the MSC to either September 9, 12 or 13, 2024;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED** by the parties, through their undersigned counsel, that the MSC scheduled for July 9, 2024 be moved to one of the aforementioned dates in September 2024.

DATED:  June 25, 2024               LAFAYETTE & KUMAGAI LLP

                                    By: */s/ Brian H. Chun*
                                        BRIAN H. CHUN
                                        Attorneys for Defendant
                                        HOME DEPOT U.S.A., INC.

DATED:  June 25, 2024               LAW OFFICE OF TRACY L. HENDERSON, ESQ.

                                    By: */s/ Tracy L. Henderson*
                                        TRACY L. HENDERSON
                                        Attorneys for Plaintiff
                                        KELLEY SULLIVAN

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CA 94612
(415) 357-4600
FAX (415) 357-4605

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of Tracy L. Henderson, counsel for Plaintiff, for the filing of this Stipulation.

                                               */s/ Brian H. Chun*
                                               BRIAN H. CHUN

**<u>ORDER</u>**

Good cause appearing therefor and pursuant to the parties' stipulation, the Court continues the Mandatory Settlement Conference from July 9, 2024 to September 12, 2024. The Confidential Settlement Conference Statements and Waivers of Disqualification are due no later than 5:00 PM on September 5, 2024.

Dated:  June 25, 2024

                                     CAROLYN K. DELANEY
                                     UNITED STATES MAGISTRATE JUDGE

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CA 94612
(415) 357-4600
FAX (415) 357-4605

3
STIPULATED REQUEST TO CONTINUE MANDATORY SETTLEMENT CONFERENCE
(Case No. 2:23-cv-01981-DJC-CKD)